| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Srinivasan, Srikanth | 2. Court or Organization<br><br>U.S. Court of Appeals, District of Columbia Circuit | 3. Date of Report<br><br>6/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S Court of Appeals Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex<br>333 Constitution Avenue, NW<br>Washington, D.C. 20001 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Georgetown University Law Center |
| 2. | President | Edward Coke Appellate Inn of Court |
| 3. | Trustee/Grantor | Trust #1 |
| 4. | Adviser | American Law Institute |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Georgetown University Law Center - Teaching in 2017 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Georgetown University Law Center - Teaching Income | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Asian Bar Association of New York | September 21-22, 2016 | New York, NY | Keynote speaker at SABANY Annual Gala | Transportation, meals, hotel |
| 2. | National Asian Pacific American Bar Association | November 4-6, 2016 | San Diego, CA | Award recipient and panelist at NAPABA National Convention | Meals, hotel, registration fee |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brinker Destinations IRA | | | | | | | | | |
| 2. - Fidelity Spartan 500 Index (FUSVX) | A | Dividend | K | T | Buy (add'l) | 11/23/16 | J | | |
| 3. | | | | | Sold (part) | 02/22/16 | K | D | |
| 4. - Aston/River Road Independent Value (ARIVX) | | None | | | Sold | 07/15/16 | J | | |
| 5. | | | | | Sold (part) | 02/22/16 | J | | |
| 6. - Avenue Credit Strategies Investor (ACSAX) | A | Dividend | J | T | Buy (add'l) | 03/11/16 | J | | |
| 7. | | | | | Sold (part) | 11/23/16 | J | | |
| 8. | | | | | Sold (part) | 07/19/16 | J | | |
| 9. | | | | | Sold (part) | 02/22/16 | J | | |
| 10. - Baron Emerging Markets (BEXFX) | A | Dividend | J | T | Buy (add'l) | 11/30/16 | J | | |
| 11. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 12. | | | | | Sold (part) | 02/22/16 | J | | |
| 13. - Columbia Dividend Opportunity (INUTX) | A | Dividend | J | T | Sold (part) | 11/23/16 | J | A | |
| 14. | | | | | Sold (part) | 07/19/16 | J | A | |
| 15. | | | | | Sold (part) | 02/22/16 | J | | |
| 16. - Columbia Select Large Cap Growth (ELGAX) | D | Dividend | K | T | Sold (part) | 03/11/16 | J | A | |
| 17. | | | | | Sold (part) | 02/22/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Delaware Value (DDVAX) | B | Dividend | K | T | Buy (add'l) | 03/11/16 | J | | |
| 19. | | | | | Sold (part) | 11/23/16 | J | A | |
| 20. | | | | | Sold (part) | 02/22/16 | K | D | |
| 21. - Doubleline Low Duration (DELNX) | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 22. - Doubleline Total Return Bond (DLTNX) | A | Dividend | K | T | Sold (part) | 11/23/16 | J | | |
| 23. | | | | | Sold (part) | 02/22/16 | J | | |
| 24. - Dreyfus Bond Market Index (DBMIX) | A | Dividend | K | T | Buy (add'l) | 07/19/16 | J | | |
| 25. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 26. | | | | | Sold (part) | 11/23/16 | J | | |
| 27. | | | | | Sold (part) | 02/22/16 | J | | |
| 28. - Driehaus Event Driven (DEVDX) | A | Dividend | J | T | Buy (add'l) | 11/23/16 | J | | |
| 29. | | | | | Sold (part) | 02/22/16 | J | | |
| 30. - Driehaus Active Income (LCMAX) | A | Dividend | J | T | Sold (part) | 02/22/16 | J | | |
| 31. - Driehaus Micro Cap (DMCRX) | | None | J | T | Buy (add'l) | 11/23/16 | J | | |
| 32. | | | | | Sold (part) | 02/22/16 | J | | |
| 33. - Forward EM Corporate Debt (FFXRX) | | None | | | Sold | 03/11/16 | J | | |
| 34. | | | | | Sold (part) | 02/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - MFS International Value (MGIAX) | A | Dividend | K | T | Sold (part) | 07/19/16 | J | A | |
| 36. | | | | | Sold (part) | 03/11/16 | J | A | |
| 37. | | | | | Sold (part) | 02/22/16 | K | C | |
| 38. - T. Rowe Price Growth Stock (TRSAX) | A | Dividend | K | T | Buy (add'l) | 11/23/16 | J | | |
| 39. | | | | | Sold (part) | 03/11/16 | J | A | |
| 40. | | | | | Sold (part) | 02/22/16 | K | D | |
| 41. - RS Global Natural Resources (RSNRX) | | None | K | T | Buy (add'l) | 07/19/16 | J | | |
| 42. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 43. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 44. | | | | | Sold (part) | 02/22/16 | J | | |
| 45. - Ridgeworth Mid Cap Value (SMVTX) | B | Dividend | K | T | Sold (part) | 02/22/16 | J | B | |
| 46. - Rivernorth Core Opportunity (RNCOX) | A | Dividend | K | T | Sold (part) | 11/23/16 | J | | |
| 47. | | | | | Sold (part) | 02/22/16 | J | | |
| 48. - Riverpark Strategic Income (RSIVX) | A | Dividend | J | T | Sold (part) | 11/23/16 | J | | |
| 49. | | | | | Sold (part) | 07/19/16 | J | | |
| 50. | | | | | Sold (part) | 02/22/16 | J | | |
| 51. - Riverpark Short Term Hi Yield (RPHYX) | A | Dividend | J | T | Buy | 03/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T. Rowe Price Intl Stock (PAITX) | A | Dividend | K | T | Sold (part) | 02/22/16 | J | B | |
| 53. - TCW Relative Value Dividend Apprec (TGIGX) | A | Dividend | K | T | Sold (part) | 07/19/16 | J | A | |
| 54. | | | | | Sold (part) | 02/22/16 | K | D | |
| 55. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 56. | | | | | Buy (add'l) | 03/11/16 | J | | |
| 57. - Touchstone Focused (TFOAX) | A | Dividend | K | T | Sold (part) | 02/22/16 | J | C | |
| 58. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 59. - Touchstone Small Cap Value (TVOAX) | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 60. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 61. - Wasatch International Opportunities (WAIOX) | | None | K | T | Buy (add'l) | 11/23/16 | J | | |
| 62. | | | | | Sold (part) | 02/22/16 | J | B | |
| 63. - Wasatch Frontier Emerging Small Cos (WAFMX) | | None | J | T | Sold (part) | 11/30/16 | J | | |
| 64. | | | | | Sold (part) | 02/22/16 | J | A | |
| 65. - Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 66. - Legg Mason BW Absolute Return Opportunities (LROAX) | | None | | | Sold (part) | 02/22/16 | J | | |
| 67. | | | | | Sold | 11/23/16 | J | | |
| 68. - Listed Private Equity (LPEFX) | | None | | | Sold (part) | 02/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/11/16 | J | A | |
| 70. | | | | | Sold (part) | 07/19/16 | J | A | |
| 71. | | | | | Sold | 11/23/16 | J | | |
| 72. - Undiscovered Manager Behavioral Value (UBVAX) | | None | | | Sold (part) | 02/22/16 | J | | |
| 73. | | | | | Sold | 07/19/16 | J | A | |
| 74. - JP Morgan Strategic Income (JSOAX) | A | Dividend | J | T | Buy | 11/23/16 | J | | |
| 75. Trust #1 - Brinker Destinations Brokerage Account | | | | | | | | | |
| 76. - Fidelity Spartan 500 Index (FUSVX) | A | Dividend | K | T | Buy (add'l) | 11/21/16 | J | | |
| 77. - Fidelity Intermediate Muni Income (FLTMX) | B | Dividend | K | T | Buy (add'l) | 11/21/16 | J | | |
| 78. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 79. - Aston/River Road Independent Value (ARIVX) | | None | | | Sold | 07/15/16 | J | A | |
| 80. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 81. - Avenue Credit Strategies (ACSAX) | A | Dividend | J | T | Buy (add'l) | 03/16/16 | J | | |
| 82. | | | | | Sold (part) | 07/22/16 | J | | |
| 83. - Columbia Dividend Opportunity (INUTX) | A | Dividend | J | T | Sold (part) | 11/21/16 | J | A | |
| 84. | | | | | Sold (part) | 07/22/16 | J | A | |
| 85. - Columbia Select Large Cap Growth (ELGAX) | C | Dividend | K | T | Sold (part) | 03/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Delaware Value (DDVAX) | A | Dividend | K | T | Sold (part) | 11/21/16 | J | A | |
| 87. - Doubleline Total Return Bond (DLTNX) | A | Dividend | K | T | Sold (part) | 11/21/16 | J | | |
| 88. | | | | | Sold (part) | 03/16/16 | J | | |
| 89. - Driehaus Active Income (LCMAX) | A | Dividend | J | T | Sold (part) | 03/16/16 | J | | |
| 90. - Listed Private Equity (LPEFX) | | None | | | Sold | 11/21/16 | J | A | |
| 91. | | | | | Sold (part) | 03/16/16 | J | A | |
| 92. - MFS International Value (MGIAX) | A | Dividend | K | T | Sold (part) | 07/22/16 | J | A | |
| 93. | | | | | Sold (part) | 03/16/16 | J | A | |
| 94. - Northern Interm Tax Exempt (NOITX) | B | Dividend | K | T | Sold (part) | 03/16/16 | J | A | |
| 95. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 96. - T. Rowe Price Growth Stock Advisor (TRSAX) | A | Dividend | K | T | Buy (add'l) | 11/21/16 | J | | |
| 97. | | | | | Sold (part) | 07/22/16 | J | A | |
| 98. | | | | | Sold (part) | 03/16/16 | J | A | |
| 99. - RS Global Natural Resources (RSNRX) | | None | J | T | Buy (add'l) | 07/22/16 | J | | |
| 100. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 101. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 102. - Ridgeworth Mid Cap Value Equity (SMVTX) | A | Dividend | K | T | Sold (part) | 11/21/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Rivernorth Core Opportunity (RNCOX) | A | Dividend | J | T | Sold (part) | 11/21/16 | J | | |
| 104.  - T. Rowe Price Intl Stock Advisor (PAITX) | A | Dividend | J | T | | | | | |
| 105.  - TCW Relative Value Dividend Apprec (TGIGX) | A | Dividend | K | T | Sold (part) | 07/22/16 | J | A | |
| 106. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 107. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 108.  - Touchstone Focused (TFOAX) | A | Dividend | J | T | | | | | |
| 109.  - Wasatch International Opportunities (WAIOX) | | None | J | T | Buy (add'l) | 11/21/16 | J | | |
| 110. | | | | | Sold (part) | 07/22/16 | J | A | |
| 111.  - Wasatch Frontier Emerging Small Cos (WAFMX) | | None | J | T | Sold (part) | 11/21/16 | J | | |
| 112.  - Fidelity Cash Reserves (FCASH) | A | Dividend | J | T | | | | | |
| 113.  - Riverpark Strategic Income (RSIVX) | A | Dividend | J | T | Sold (part) | 11/21/16 | J | | |
| 114. | | | | | Sold (part) | 07/22/16 | J | | |
| 115. | | | | | Sold (part) | 03/16/16 | J | | |
| 116.  - Baron Emerging Markets (BEXFX) | A | Dividend | J | T | Buy (add'l) | 11/21/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 118.  - Driehaus Event Driven (DEVDX) | A | Dividend | J | T | Buy (add'l) | 11/21/16 | J | | |
| 119.  - Legg Mason BW Absolute Return Opportunities (LROAX) | | None | | | Sold | 07/22/16 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Undiscovered Manager Behavioral Value (UBVAX) | | None | | | Sold | 07/22/16 | J | A | |
| 121.  - Driehaus Micro Cap Growth (DMCRX) | | None | J | T | Buy (add'l) | 11/21/16 | J | | |
| 122.  -Touchstone Small Cap Value (TVOAX) | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 123. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 124.  - Doubleline Low Duration (DELNX) | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 125.  - JP Morgan Strategic Income (JSOAX) | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 126.  - Riverpark Short Term Hi Yield (RPHYX) | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 127.  American Funds Roth IRA | | | | | | | | | |
| 128.  - American Funds AMCAP A (AMCPX) | A | Dividend | J | T | | | | | |
| 129.  - American Funds New World A (NEWFX) | A | Dividend | J | T | | | | | |
| 130.  - American Funds Small Cap World A (SMCWX) | A | Dividend | J | T | | | | | |
| 131.  - American Funds Capital World Growth & Income A (CWGIX) | A | Dividend | J | T | | | | | |
| 132.  - American Funds Washington Mutual A (AWSHX) | A | Dividend | J | T | | | | | |
| 133.  - American Funds Income Fund of America A (AMECX) | A | Dividend | J | T | | | | | |
| 134.  Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 135.  Citibank Checking Account (X) | A | Interest | J | T | | | | | |
| 136.  American Funds College Savings Plan (529) #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - College 2021 Fund 529A | D | Dividend | N | T | | | | | |
| 138.   - College 2024 Fund 529A | B | Dividend | L | T | | | | | |
| 139.  American Funds College Savings Plan (529) #2 | | | | | | | | | |
| 140.   - College 2021 Fund 529A | D | Dividend | N | T | | | | | |
| 141.   - College 2024 Fund 529A | B | Dividend | L | T | | | | | |
| 142.  Mass Mutual Variable Life Insurance Policy | | | | | | | | | |
| 143.   - Mass Mutual VUL Guard Guaranteed Account | B | Interest | K | T | | | | | |
| 144.   - Deutsche Small Cap Index | | None | K | T | | | | | |
| 145.   - Mass Mutual VUL Guard Small Cap Equity | | None | J | T | | | | | |
| 146.  American Funds Brokerage Account | | | | | | | | | |
| 147.   - American Funds Bond Fund of America A (ABNDX) (X) | A | Dividend | J | T | | | | | |
| 148.   - American Funds Fundamental Investors A (ANCFX) (X) | A | Dividend | J | T | | | | | |
| 149.   - American Funds Tax Exempt Bond Fund of America A (AFTEX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 6/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments & Trusts):

1) In last year's report, the ticker symbol for Fidelity Cash Reserves in Trust #1 was inadvertently listed as FDRXX instead of FCASH.

2) Two of the three funds in the American Funds Brokerage Account -- American Funds Fundamental Investors A (ANCFX) and American Funds Tax Exempt Bond Fund of America A (AFTEX) -- were inadvertently omitted from the calendar year 2014 and calendar year 2015 reports due to a misunderstanding as to which funds in the account are reportable. (The American Funds Brokerage Account was listed as "Brokerage Account #2" in calendar year 2013.) The information and codes listed for each fund in this year's report were the same in calendar year 2014 and calendar year 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544